UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARTHUR G. MERIWEATHER and <br> GRACIE MERIWEATHER, <br><br> Plaintiffs, <br><br> v. <br><br> SEPTTIMOUS TAYLOR and <br> U.S. BANK, N.A., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:03-cv-1485-DFH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FINAL JUDGMENT

The court having previously dismissed plaintiffs' claims against defendant U.S. Bank, N.A. by stipulation, and the court having this day granted defendant Septtimous Taylor's motion for summary judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiffs Arthur G. Meriweather and Gracie Meriweather take nothing by their complaint against defendants Septtimous Taylor and U.S. Bank, N.A., that this action is DISMISSED WITH PREJUDICE, and that defendant Taylor may recover his costs from plaintiffs.

Date: August 10, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *[signature: Linda S Carmichael]*

    Deputy Clerk, U.S. District Court

Copies to:

Matthew S. Effland
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
matthew.effland@odnss.com

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
todd.kaiser@odnss.com

Clifford W. Shepard
ATTORNEY AT LAW
consprolaw@aol.com

Amy L. Brown
SQUIRE SANDERS & DEMPSEY
abrown@ssd.com